1  MAXIMILIANO D. COUVILLIER III, ESQ.
   Nevada Bar No.: 7661
2  KEVIN L. HERNANDEZ, ESQ.
   Nevada Bar No.: 12594
3  **BLACK & LOBELLO**
   10777 West Twain Avenue, Third Floor
4  Las Vegas, Nevada  89135
   Telephone:  (702) 869-8801
5  Facsimile:  (702) 869-2669
   mcouvillier@blacklobellolaw.com
6  khernandez@blacklobellolaw.com
   *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD LEE JACKSON, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;  OCWEN LOAN SERVICING, LLC a foreign limited liability company.; DOE Individuals I through X, inclusive, ROE Business Entities XI through XX, inclusive,<br><br>Defendants. | Case No.:   2:14-cv-02082-LDG-NJK<br><br>**STIPULTION AND ORDER FOR DISMISSAL AS TO DEENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND OCWEN LOAN SERVICING, LLC WITH PREJUDICE** |

**WHEREAS** Plaintiff Donald Lee Jackson, Jr. and Defendants Experian Information Solutions, Inc. and Ocwen Loan Servicing, LLC (the "Parties") have executed a settlement agreement which fully and finally resolves the Parties' claims, disputes, and differences in the above-captioned matter;

///

///

///

///

///

///

///

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, by and through their respective attorneys of record, and subject to the approval of the Court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice, with each party bearing their respective attorney's fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

| Dated this 18th day of March, 2015.<br>**BLACK & LOBELLO**<br><br>*/s/ Kevin L. Hernandez*             .<br>Maximiliano D. Couvillier III, Esq.<br>Kevin L. Hernandez, Esq.<br>10777 W. Twain Ave., Suite 300<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiff,*<br>*Donald Lee Jackson, Jr.* | Dated this 18th day of March, 2015.<br>**WRIGHT, FINLAY & ZAK**<br><br>*/s/ Inku Nam*                          .<br>Dana Jonathan Nitz, Esq.<br>Inku Name, Esq.<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorney for Defendant,*<br>*Ocwen Loan Servicing, LLC* |
| --- | --- |
| Dated this 18th day of March, 2015.<br>**SNELL & WILMER, LLP**<br><br>*/s/ Bob L. Olson*                     .<br>Bob L. Olson, Esq.<br>Charles E. Gianelloni, Esq.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>*Attorney for Defendant,*<br>*Experian Information Solutions, Inc.* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the Parties, Defendants Experian Information Solutions, Inc. and Ocwen Loan Servicing LLC shall be dismissed with prejudice, and each party shall bear their respective attorney's fees and costs incurred herein.

**IT IS SO ORDERED**:

DATED this 26 day of March, 2015.   _____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE